**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| CORRAL, RUBEN | ) | |
| | ) | CASE NO. 07 B 10532 |
| | ) | |
| | ) | JUDGE JACQUELINE P. COX |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         219 South Dearborn, Courtroom 619
         Chicago, Illinois 60604

    on:  **September 23, 2008**
    at:  **9:30 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                    $      20,251.80

    b. Disbursements                               $           0.00

    c. Net Cash Available for Distribution$   20,251.80

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 2,775.18 | $ |
| Trustee | $ 0.00 | $ | $ 78.28 |
| Trustee's Firm Legal | $ 0.00 | $10,483.53 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 85.90 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $6,828.91, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | LVNV Funding LLC its successors and assigns as | $ 886.49 | $ 886.49 |
| 2 | Household Finance Corporation | $ 5,942.42 | $ 5,942.42 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago,

Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not yet been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **August 27, 2008**              For the Court,

                           By: **KENNETH S. GARDNER**
                                Kenneth S. Gardner
                                Clerk of the United States Bankruptcy Court
                                219 S. Dearborn Street, 7th Floor
                                Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1         Date Rcvd: Aug 27, 2008
Case: 07-10532                 Form ID: pdf002          Total Served: 16

The following entities were served by first class mail on Aug 29, 2008.
 db           +Ruben Corral,    2734 S. Troy, 2nd Floor,    Chicago, IL 60623-4715
 aty          +G. Paul McFarling,    Attorneys Serving You, LLC,    1701 S First Avenue,   Suite 207,
                Maywood, IL 60153-2400
 aty          +Jeffrey S Harris,    1701 S First Avenue,    Suite 204,   Maywood, IL 60153-2400
 aty          +Paul Garcia,    Paul Garcia, Attorney at Law,    3859 W. 26th Street,   Chicago, IL 60623-3810
 tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,   Waukegan, IL 60085-4216
11418327       BANK OF AMERICA,    P.O. BOX 17309,    BALTIMORE, MD 21297-1309
11476311       Capital One Bank,    PO Box 60024,    City of Industry, CA 91716-0024
11979494       Capital One Bank,    PO Box 60024,    City Of Industry, CA 91716-0024
11979495       David P. Leibowitz,    Leibowitz Law Center,    420 West Clayton Street,   Waukegan, IL 60085-4216
11979496      +Debt Credit Services,    2493 Romig Rd.,    Akron, OH 44320-4109
11418328       HFC,    P.O. BOX 17574,    BALTIMORE, MD 21297-1574
11418325       HOME DEPOT CREDIT SERVICES,    P.O. BOX 689100,    DES MOINES, IA 50368-9100
12064682       Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,   POB 35480,
                Newark NJ 07193-5480
11979499      +Peoples Gas,    130 E. Randolph Drive,    Chicago, IL 60601-6302
11418309       QUEST DIAGNOSTICS,    P.O. BOX 64804,    BALTIMORE, MD 21264-4804

The following entities were served by electronic transmission on Aug 28, 2008.
12002767       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11979493*      Bank Of America,    PO Box 17309,    Baltimore, MD 21297-1309
11979497*     +HFC,    PO Box 17574,    Baltimore, MD 21297-1574
11418326*      HOME DEPOT CREDIT SERVICES,    P.O. BOX 689100,    DES MOINES, IA 50368-9100
11979498*      Home Depot Credit Services,    PO Box 689100,    Des Moines, IA 50368-9100
11979500*     +Quest Diagnostics,    Po Box 64804,    Baltimore, MD 21264-4804
                                                                                              TOTALS: 0, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2008**                           **Signature:** *Joseph Speetjens*